DELAPLAINE *vs.* THE CITY OF MADISON et al.

*By the Court,* COLE, J.   The questions of fact and law presented by this case are substantially the same as those involved in the preceding case of *Dean vs. Henry W. Remington et al.*; and it is only necessary to refer to that case to ascertain our views upon this case.

The order of the circuit court sustaining the demurrer is therefore reversed, and the cause remanded for further proceedings.